HEROLD LAW, P.A.
25 Independence Boulevard
Warren, New Jersey  07059-6747
(908) 647-1022
Gary S. Jacobson
*Attorneys for Debtor, Christopher A. Sullivan*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 09-14693 (MS) |
| CHRISTOPHER A. SULLIVAN, | Chapter 13 |
| Debtor. | |

## APPLICATION FOR ENTRY OF WAGE ORDER

Debtor Christopher A. Sullivan (the "Debtor"), through his attorneys, Herold Law, P.A., respectfully shows to the Court and alleges:

1. Debtor filed a voluntary petition under Chapter 13 on February 27, 2009, and the Court confirmed his Plan by Order entered on December 23, 2009.

2. On information and belief, the Debtor is current on his payments into the Plan.

3. The Debtor voluntarily wishes to have his Plan payments withheld from his paycheck.

2

      WHEREFORE, the Debtor respectfully requests that this Court enter a Wage Order on the form accompanying this application.

                                                  Respectfully submitted,

                                                  HEROLD LAW, P.A.
                                                  *Attorneys for Debtor*

                                                  By:   */s/ Gary S. Jacobson*
                                                             Gary S. Jacobson

Dated: April 20, 2010